IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS FERDINAND PAGAN, III | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDANT TICE, ET AL. | : | NO. 22-3308 |

## ORDER

**AND NOW**, this 8th day of June, 2023, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and all documents filed in connection with the Petition, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw (Docket No. 14), to which no objections have been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Straw is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without an evidentiary hearing.

3. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

4. The Clerk is directed to **CLOSE** Civil Action No. 22-3308.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.